■ MICHAEL VALERIO et al., Respondents, v SYRACUSE HILL ASSOC. et al., Appellants.—Motion granted and appeal dismissed on ground that order is nonappealable (see Harding v New York State Teamsters Council Welfare Trust Fund, 60 AD2d 975).

■ ALEXANDER GUDZIAK, Respondent, v BERNICE LISCHAK, Appellant.—Motion granted and appeal dismissed on the ground that the order is not appealable as of right (see Pagano v Block, 270 App Div 842; Siblia v Bayside West Theatres, 233 App Div 860).

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ROBERT R. EDGERTON, Defendant.—Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Ontario County (CPL 230.20, subd 2). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application, may then be made. The relief requested in the application before us now is premature. (See People v Di Piazza, 24 NY2d 342; People v Hatch, 46 AD2d 721; People v Sekou, 45 AD2d 982, app dsmd 35 NY2d 844.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Witmer, JJ.